655 A.2d 439

IN THE MATTER OF BENJAMIN A. POREDA,
AN ATTORNEY AT LAW.

March 28, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court recommending that **BENJAMIN A. POREDA of TRENTON,** who was admitted to the bar of this State in 1957, be suspended from the practice of law for a period of three months for presenting a forged insurance identification card to a police officer and to a court, in violation of *RPC* 8.4(a), (b), (c) and (d), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are hereby adopted and respondent is suspended from the practice of law for a period of three months, effective April 17, 1995, and until the further Order of the Court; and it is further

ORDERED that the entire record of the matter be added as a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **BENJAMIN A. POREDA** be and hereby is restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended, disbarred or resigned attorneys; and it is further

ORDERED that **BENJAMIN A. POREDA** reimburse the Disciplinary Oversight Committee for appropriate administrative costs;  and it is further

ORDERED that prior to restoration respondent submit proof of his physical and mental fitness to practice law;  and it is further

ORDERED that in reviewing any application of respondent for restoration to practice the Disciplinary Review Board consider a requirement that respondent practice law under supervision.